ACCEPTED
12-14-00185-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/16/2015 6:15:26 PM
CATHY LUSK
CLERK

# Michael Mowla
### Attorney



| (Mail) | | Phone: 972-795-2401 |
|---|---|---|
| 445 E. FM 1382 No. 3-718 | | Fax: 972-692-6636 |
| Cedar Hill, TX 75104 | | michael@mowlalaw.com |
| Dallas County | | www.mowlalaw.com |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/16/2015 6:15:26 PM
CATHY S. LUSK
Clerk

July 16, 2015

Twelfth Court of Appeals
1517 W. Front Street Suite 354
Tyler, TX 75702

**Re: *Baker v. State*, 12-14-00185-CR, 12th Court of Appeals,**
**F13-00422, 283rd District Court Dallas County**
**Via efile**

Dear Clerk of Court:

Under Texas Rule of Appellate Procedure 48.4, this letter certifies that on July 3, 2015, I sent to Jonathan Baker the opinion of this court in the above-entitled matter, along with notification of his right to file a pro se petition for discretionary review under Texas Rule of Appellate Procedure 68. This was sent to the last known address, which is:

Jonathan Baker – 1936362
Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

This was sent via USPS CM RRR 7010-1870-0001-0972-8342. A copy of the front and back of the return receipt is attached.

Sincerely,

Michael Mowla

Attachments

CC: Dallas District Attorney Appellate Division

1



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Michael Mowla
Attorney
445 E. FM 1382 #3-718
Cedar Hill, Texas 75104



BOARD CERTIFIED
Texas Board of Legal Specialization
CRIMINAL APPELLATE LAW

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jonathan Baker – 1936362
Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Viola Rynn MElton
☐ Agent
☑ Addressee

B. Received by (Printed Name) | C. Date of Delivery
Viola Lynn MElton |

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

7010 1870 0001 0972 8342

PS Form 3811, July 2013 — Domestic Return Receipt